UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

Case No. 8:08-cr-270-T-24EAJ

v.

**HARDAWAY VOLCY**

_____

**ORDER**

This cause comes on for consideration of a letter from Defendant which the Court will construe as a Motion to Unseal Grand Jury Records (D-431).

Defendant was convicted of conspiracy to distribute and possess with the intent to distribute marijuana and possession with the intent to distribute marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A) and (B). On April 22, 2009, the Court sentenced Petitioner to a term of imprisonment of 97 months. Defendant unsuccessfully sought on two different occasions to vacate, set aside, or correct his sentence.

Defendant now seeks to unseal the grand jury records and to be provided copies of same. Defendant states the records

are necessary for his "preparation of [his] habeas corpus defense."

With regard to Defendant's request for grand jury records, "[t]he court may authorize disclosure ... of a grand-jury matter preliminarily to or in connection with a judicial proceeding." Fed.R.Crim.P. 6(e)(3)(E)(I). Currently, there is no pending judicial proceeding concerning Defendant's criminal case. Moreover, grand jury materials must not be disclosed absent a compelling and particularized need for the materials. See Douglas Oil Co. of Cal. v. Petrol Stops Nw,. 441 U.S. 211 (1979). As previously indicated, Defendant has already filed two unsuccessful motions pursuant to 28 U.S.C. § 2255. As such, the Court finds no basis for disclosure.

The Court ORDERS as follows:

(1) Defendant's Motion to Unseal Grand Jury Records (D-431) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on October 4th, 2011.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE